**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

OCT 22 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDRES AMADOR RAMIREZ CALDERON, AKA Andres Ramirez, | No. 18-73303 |
| Petitioner, | Agency No. A214-375-026 |
| v. | MEMORANDUM[*] |
| WILLIAM P. BARR, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 15, 2019[**]

Before:    FARRIS, LEAVY, and RAWLINSON, Circuit Judges.

Andres Amador Ramirez Calderon, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to remand. We have jurisdiction under 8 U.S.C. § 1252. We review for

abuse of discretion the BIA's denial of a motion to remand. *Romero-Ruiz v.*

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

*Mukasey*, 538 F.3d 1057, 1062 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Ramirez Calderon's motion to remand for failure to show prima facie eligibility for cancellation of removal, where he did not provide any evidence of exceptional and extremely unusual hardship to his wife. *See Lopez-Vasquez v. Holder*, 706 F.3d 1072, 1080 (9th Cir. 2013) (BIA may deny the motion for failure to demonstrate prima facie eligibility for the underlying relief); 8 U.S.C. § 1229b(b)(1)(D) (requiring a showing of exceptional and extremely unusual hardship to a qualifying relative for cancellation of removal).

**PETITION FOR REVIEW DENIED.**